IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL ALAN ENGLAND, | ) |
| Plaintiff, | ) |
| v. | ) No.  16-CV-3235 |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

Plaintiff Michael Alan England's Complaint appealing a final decision of the Social Security Administration regarding his application for Disability Insurance Benefits and Supplemental Security Income was filed in this matter on August 19, 2016.  On January 12, 2017, Defendant filed its Answer (d/e 7) to the Complaint, along with a certified copy of the Administrative Hearing Transcript (d/e 9).  Local Rule 8.1(E) requires the Plaintiff, within 30 days after the filing of Defendant's Answer, to file a Motion for Summary Judgment.  The Clerk provided Plaintiff with a copy of Local Rule 8.1(E) on January 12, 2017.  (See d/e 8)  Plaintiff failed to timely file the required motion, and by Text Order of March 8, 2017, U.S. Magistrate Judge Tom Schanzle-Haskins directed the Plaintiff to file his

Motion for Summary Judgment on or before March 30, 2017.   Plaintiff was advised that if no motion was filed, the case would be subject to dismissal for want of prosecution.

As of this date, Plaintiff has failed to comply with Local Rule 8.1(E). The Court recommends that Plaintiff's Complaint be dismissed for want of prosecution.

The parties are advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within fourteen days after being served with a copy of this Report and Recommendation.   See 28 U.S.C. § 636(b)(1).   Failure to file a timely objection will constitute a waiver of objections on appeal.   <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986).   See Local Rule 72.2.

The Clerk of the Court is directed to send a copy of this Report and Recommendation to *pro se* Plaintiff at his last known address.

ENTER:   April 7, 2017

_s/ Tom Schanzle-Haskins_
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE